UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of the Search of Data Associated with Certain Facebook Accounts | M.J. No.  16-1096-DLC |
| In the Matter of the Search of ludy.ludemis@gmail.com and ludemis.hornea@gmail.com E-mail Accounts and Associated Data | M.J. No.  16-1097-DLC<br><br>UNDER SEAL |

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the search warrant and all related orders and paperwork until further order of this Court, except that the United States may later disclose these documents in criminal discovery or to provide notice to the property owner, without further order of the Court.   In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case and may have the adverse result of endangering the life or physical safety of an individual and intimidation of potential witnesses.  The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States Attorney has filed in this matter.

ALLOWED
[signature] USMJ
8/26/2016

Respectfully submitted,
CARMEN M. ORTIZ
United States Attorney

By:   /s/ Timothy E. Moran
TIMOTHY E. MORAN
Assistant U.S. Attorney

Dated:  August 26, 2016