# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 16-MJ-1096-DLC
)
Data Associated With Certain Facebook Accounts  )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

see Attachment A

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

see Attachment C

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s. 1029(b)(2) | conspiracy to use counterfeit access devices |
| 18 U.S.C. s. 1029(a)(4) | possession of device making equipment |

The application is based on these facts:
see Affidavit of Special Agent Jason D. Costello

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

FBI Special Agent Jason D. Costello
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/26/2016

*Judge's signature*

City and state: Boston, Massachusetts       U.S. Magistrate Judge Donald L. Cabell
*Printed name and title*