IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In The Matter of the Search of
Data Associated with Certain
Facebook Accounts

M.J. No. 16-1096-DLC

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the search warrant application, supporting affidavit, search warrant, this motion, any ruling on this motion, and all related paperwork until further order of this Court. In support of this motion, the government states that sealing is no longer required because most of the targets of this investigation who were the subjects of this search warrant have been charged and that the materials have been produced in criminal discovery.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Timothy E. Moran
Timothy E. Moran
Assistant U.S. Attorney

Date: April 13, 2018